**Alvon Allen THOMAS, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 02–7151.**

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 9, 2002.

Decided Jan. 28, 2003.

Alvon Allen Thomas, Appellant Pro Se. Benjamin H. White, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed as modified by unpublished PER CURIAM opinion.

PER CURIAM.

Alvon Allen Thomas, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing for failure to file in the proper court his petition filed under 28 U.S.C. § 2241 (2000). We grant Thomas's motion for leave to proceed in forma pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court, but modify the district court's order to reflect that the dismissal is without prejudice to Thomas' right to refile in the proper court. *See Thomas v. United States,* No. CA–02–426–1 (M.D.N.C. filed July 2, 2002, entered July 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*